IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. GARY WESTERNOFF, individually and dba CONSTRUCTIONPLACE.COM, INC., a California Corporation,<br><br>             Plaintiffs,<br>    v.<br><br>DAVID GRENIER, individually and dba C-RISK, INC., a Delaware Corporation,<br><br>             Defendants / | No. C-07-1230 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   The Court is in receipt of plaintiff's Case Management Statement, filed June 1, 2007, by which plaintiff represents he will "proceed to take [d]efendant's default" in light of defendant's failure to appear and to respond to plaintiff's attempts to contact him. (See Case Management Statement at 1.)

   Accordingly, to afford plaintiff the opportunity to seek entry of a Clerk's default and to thereafter file a motion for default judgment, the Case Management Conference is hereby CONTINUED from June 8, 2007 to August 31, 2007. A Case Management Statement shall be filed no later than August 24, 2007.

   **IT IS SO ORDERED.**

Dated: June 4, 2007

_____
MAXINE M. CHESNEY
United States District Judge