IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

W. GARY WESTERNOFF,

        Plaintiff,

  v.

DAVID GRENIER,

        Defendant

No. C-07-1230 MMC

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT; VACATING HEARING**

    Before the Court is plaintiff's application for default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, filed July 25, 2007.

    Having reviewed the papers filed in support of the application, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for August 31, 2007, and, for the reasons stated by plaintiff, GRANTS the application and awards plaintiff the total sum of $98,355.50, as follows:

    1. Pursuant to 17 U.S.C. § 504(c)(2), plaintiff is awarded statutory damages in the amount of $90,000.

    2. Pursuant to 17 U.S.C. § 505, plaintiff is awarded attorneys' fees in the amount of $7711.50.

    3. Pursuant to 17 U.S.C. § 505, plaintiff is awarded costs in the amount of $644.00.

**IT IS SO ORDERED.**

Dated: August 24, 2007

                              MAXINE M. CHESNEY
                              United States District Judge