IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. GARY WESTERNOFF,<br><br>    Plaintiff,<br>  v.<br><br>C-RISK, INC.,<br><br>    Defendant / | No. C-07-1230 MMC<br><br>**ORDER APPROVING NOTICE OF SUBSTITUTION OF ATTORNEY** |

    Before the Court is plaintiff's Notice of Substitution of Attorney, filed September 28, 2009, by which plaintiff seeks to represent himself.

    Good cause appearing, the notice of substitution is hereby APPROVED.

**IT IS SO ORDERED.**

Dated: September 30, 2009

MAXINE M. CHESNEY
United States District Judge