1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   MALCOLM LEADER-PICONE (State Bar No. 104620)
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: 510-444-2404
   FACSIMILE: 510-444-1291
4  EMAIL:     mlp@leader-picone.com

5  Attorneys for Plaintiff/Judgment Creditor
   W. GARY WESTERNOFF, through Judgment Assignee
6  KATHY SULLIVAN, dba Progressive Recovery Services

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  W. GARY WESTERNOFF, individually and    )  Case No. 3:07-CV-01230-MMC
    dba CONSTRUCTIONPLACE.COM, INC., a      )
13  California Corporation,                 )  *Judgment Entered: August 28, 2007*
                                            )  STIPULATION CONTINUING
14           Plaintiff,                     )  HEARING DATE AND SETTING
                                            )  BRIEFING SCHEDULE; and ORDER
15  vs.                                     )  THEREON.
                                            )
16  DAVID GRENIER, individually and dba C-  )
    RISK, INC., a Delaware Corporation,     )  New Date:  May 27, 2011
17                                          )  New Time:  9:00 a.m.
             Defendants.                    )  Courtroom: 7, 19th Floor
18                                          )  Hon. Maxine M. Chesney
                                            )
19  _____     )

20                              **STIPULATION**

21         The parties to this action, through their respective counsel, do hereby stipulate and

22  agree as follows:

23         1.    On August 28, 2007, the Court entered a default judgment in favor of plaintiff

24  W. Gary Westernoff and against defendant David Grenier individually and dba C-RISK, INC., a

25  Delaware Corporation.

26         2.    On March 17, 2011, defendants David Grenier and C-Risk, Inc. filed a Motion

27  to Vacate Default Judgment.

28

STIPULATION                                                    Case No. CV01230-MMC
                                    -1-

3. The motion to vacate was served by mail on March 18, 2011 on Kathy Sullivan, plaintiff/judgment creditor's assignee, whose address is in Lynwood, Washington.

4. The hearing on the motion to vacate judgment was noticed for April 22, 2011; making April 1, 2011 the last day to file opposition to the motion.

5. On March 31, 2011, Malcolm Leader-Picone and BARTLETT, LEADER-PICONE & YOUNG, LLP were retained by Kathy Sullivan, plaintiff/judgment creditor's assignee, who immediately contacted Robert Guite, counsel for defendants to request a continuance of the motion to allow him time to prepare an opposition.

6. In order to avoid having to bring a motion before the Court for a continuance, and in order to have the motion fully briefed on the merits on a schedule that accommodated both counsel's prior commitments, the parties agreed to postpone the hearing on the motion to May 27, 2011, with the following briefing schedule:

  a) Plaintiff's opposition is now due April 20, 2011;

  b) Defendants' reply is now due May 13, 2011; and

  c) Hearing Date is rescheduled to May 27, 2011.

7. The parties jointly request that the Court enter an order upon this Stipulation.

**SO STIPULATED.**

DATED: April 8, 2011.                SQUIRE, SANDERS & DEMPSEY (US) LLP

                                     BY: /s/ Robert Guite
                                     ROBERT J. GUITE
                                     Attorneys for Defendants
                                     DAVID GRENIER and C-RISK, INC.

DATED: April 8, 2011.                BARTLETT, LEADER-PICONE & YOUNG, LLP

                                     BY: /s/ Malcolm Leader-Picone
                                     MALCOLM LEADER-PICONE
                                     Attorneys for Plaintiff/Judgment Creditor
                                     W. GARY WESTERNOFF, Individually and
                                     dba CONSTRUCTIONPLACE.COM, INC.

## ORDER

Based upon the foregoing Stipulation of the parties, **IT IS SO ORDERED.**

DATED: April 11, 2011

_____
MAXINE M. CHESNEY
United States District Judge