

SQUIRE, SANDERS & DEMPSEY (US) LLP

275 Battery Street, Suite 2600
San Francisco, CA 94111

Office: +1.415.954.0200
Fax: +1.415.393.9887

Direct: +1.415.954.0370
Michelle.Alborzfar@ssd.com

July 26, 2011

**VIA FACSIMILE (415) 522-3636**

Magistrate Judge Joseph C. Spero
Courtroom G - 15th Floor
United States District Court
San Francisco Courthouse
450 Golden Gate Avenue, San Francisco, CA 94102

     Re:   <u>W. Gary Westernoff v. David Grenier, et al.</u>,
             <u>USDC-N.D. Cal. Case No. 3:07-CV-01230</u>

Dear Magistrate Judge Spero:

     We represent David Grenier and C-Risk, Inc. in the above-referenced matter. Pursuant to Your Honor's July 20, 2011 Notice of Settlement Conference and Settlement Conference Order, a Settlement Conference is scheduled for September 26, 2011 at 9:30 a.m. Mr. Grenier will be traveling from Seattle, Washington to attend the conference in person. Due to the available flight schedules from Seattle to San Francisco and to avoid the personal and economic hardship that Mr. Grenier would endure if required to secure hotel accommodations the evening prior to the conference, we respectfully request that the Settlement Conference be moved one-half hour later to September 26 at 10:00 a.m. Plaintiff's counsel has been notified of this request and does not object.

     Thank you for your attention to this matter. Please do not hesitate to contact us if you have any questions.

Dated: Aug. 2, 2011

Very truly yours,

*[signature]*

Michelle P. Alborzfar

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

MPA/ra

cc:   Robert J. Guite, Esq.
       Malcolm Leader-Picone, Esq.

36 OFFICES IN 16 COUNTRIES

SQUIRE, SANDERS & DEMPSEY (US) LLP IS PART OF THE INTERNATIONAL LEGAL PRACTICE SQUIRE, SANDERS & DEMPSEY, WHICH OPERATES WORLDWIDE THROUGH A NUMBER OF SEPARATE LEGAL ENTITIES.

PLEASE VISIT WWW.SSD.COM FOR MORE INFORMATION.