| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY (US) LLP |
| | Robert J. Guite (State Bar # 244590) |
| 2 | Michelle P. Alborzfar (State Bar # 268323) |
| | 275 Battery Street, Suite 2600 |
| 3 | San Francisco, CA  94111 |
| | Telephone:  +1.415.954.0200 |
| 4 | Facsimile:   +1.415.393.9887 |
| | Email:   robert.guite@ssd.com |
| 5 |   michelle.alborzfar@ssd.com |

Attorneys for Defendants
DAVID GRENIER and C-RISK, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| W. GARY WESTERNOFF, individually and dba CONSTRUCTIONPLACE.COM, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GRENIER, individually and dba C-RISK, INC., a Delaware Corporation,<br><br>Defendants. | Case No.  3:07-CV-01230-MMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Courtroom:  7, 19th Floor<br>Judge:         Hon. Maxine M. Chesney |

Plaintiff W. Gary Westernoff ("Plaintiff") and Defendants David Grenier and C-Risk, Inc. ("Defendants"), by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the entry by this Court of an Order dismissing the above-captioned matter all claims asserted herein with prejudice.  Each party to bear its own costs and attorneys fees.

Dated: December 7, 2011                              SQUIRE, SANDERS & DEMPSEY (US) LLP


By:___/s/  Robert J. Guite_____
        Robert J. Guite

Attorneys for Defendants
DAVID GRENIER and C-RISK, INC

SQUIRE, SANDERS & DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

-1-

Stipulation of Dismissal With Prejudice
and [Proposed] Order Thereon
Case No. 2:07-CV-01230-MMC

1

2  Dated: November __, 2011                         BARTLETTE, LEADER-PICONE &
                                                   YOUNG, LLP
3
                                                   By: /s/ Malcolm Leader-Picone
4                                                      Malcolm Leader-Picone

5                                                  Attorneys for Plaintiff
                                                   W. GARY WESTERNOFF
6

7
                                                   **ORDER**
8
    **IT IS SO ORDERED.**
9

10

11  DATED: December 9, 2011                        /s/ Maxine M. Chesney
                                                   HONORABLE MAXINE M. CHESNEY
12                                                 UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

-2-

Stipulation of Dismissal With Prejudice
and [Proposed] Order Thereon
Case No. 2:07-CV-01230-MMC