SQUIRE, SANDERS & DEMPSEY (US) LLP
Robert J. Guite (State Bar # 244590)
Michelle P. Alborzfar (State Bar # 268323)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
Email:       robert.guite@ssd.com
             michelle.alborzfar@ssd.com

Attorneys for Defendants
DAVID GRENIER and C-RISK, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| W. GARY WESTERNOFF, individually and dba CONSTRUCTIONPLACE.COM, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GRENIER, individually and dba C-RISK, INC., a Delaware Corporation,<br><br>Defendants. | Case No.  3:07-CV-01230-MMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Courtroom:  7, 19th Floor<br>Judge:          Hon. Maxine M. Chesney |

Plaintiff W. Gary Westernoff ("Plaintiff") and Defendants David Grenier and C-Risk, Inc. ("Defendants"), by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the entry by this Court of an Order dismissing the above-captioned matter all claims asserted herein with prejudice.  Each party to bear its own costs and attorneys fees.

Dated: December 7, 2011                SQUIRE, SANDERS & DEMPSEY (US) LLP


                                       By:___/s/  Robert J. Guite_____
                                              Robert J. Guite

                                       Attorneys for Defendants
                                       DAVID GRENIER and C-RISK, INC

SQUIRE, SANDERS & DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

-1-

Stipulation of Dismissal With Prejudice
and [Proposed] Order Thereon
Case No. 2:07-CV-01230-MMC

1
2   Dated: November __, 2011            BARTLETTE, LEADER-PICONE &
3                                       YOUNG, LLP
4                                       By: /s/ Malcolm Leader-Picone
                                            Malcolm Leader-Picone
5
6                                       Attorneys for Plaintiff
                                        W. GARY WESTERNOFF
7
8                                       **ORDER**

9       **IT IS SO ORDERED.**

10
11  DATED: December 9, 2011             _____
12                                      HONORABLE MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE
13

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

-2-

Stipulation of Dismissal With Prejudice
and [Proposed] Order Thereon
Case No. 2:07-CV-01230-MMC